THE HUNTERDON COUNTY NATIONAL BANK OF FLEM-INGTON, RESPONDENT, v. JOHN P. PACKER ET AL., APPELLANTS.

Argued February 8, 1939—Decided April 21, 1939.

For the respondent, *George K. Large* and *Herr & Fisher*.

For the appellants, *Harry Krieger*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.